# EXHIBIT C

**Registration #:** *-APPLICATION-*
**Service Request #:** 1-4358910751

## Mail Certificate

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

**Priority:** Routine  **Application Date:** January 19, 2017

## Correspondent

**Name:** Richard Liebowitz
**Email:** rl@liebowitzlawfirm.com
**Telephone:** (516)233-1660
**Address:** 11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

Registration Number

# *-APPLICATION-*

## Title

**Title of Work:** Centereach Fire District Honors Veterans

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 06, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Ronald Monteleone
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Ronald Monteleone
37 Sunset Drive, Centereach, NY, 11720, United States

## Certification

**Name:** Richard Liebowitz
**Date:** January 19, 2017