# EXHIBIT D


# 1ˢᵗ RESPONDER NEWSPAPER®

*This section is exclusively dedicated to coverage of Long Island emergency services*

# LONG ISLAND
## NEWS

PUBLISHED SINCE 1993     WWW.1RNN.COM     JULY, 2016

# SERIOUS TWO CAR MVA



The Smithtown FD Dispatchers was bratched for a motor vehicle accident on May 24th at 4:26 P.M., within the location of 915 West Jericho Turnpike, across from Bobby's Auto Repair, involving a two vehicle accident blocking traffic in the eastbound lanes. Occupants of the vehicles were able to self extricate.

*- See more info on page 4*


# 1ˢᵗ RESPONDER WIRELESS NEWS

*"Where the news gets its news!"*

# JOIN OUR TEAM OF DISPATCHERS!

Paging with a Rewards Program! Visit our website to fill out an application.

## www.1rwn.com




PIERCE.FIREMATIC.COM

631.584.5100 • 16 Pherway Pkt. East Northport

GET OUR AD ON BACK ORDER



# Centereach Fire District and Department honors it's Veterans

On Sunday, June 5th, the Centereach Fire District along with the Centereach Fire Department held their Veteran's Breakfast to honor those members who served in the Armed Forces since it was organized in 1933. From 1933 until 2016, the Centereach Fire Department has had the honor of 88 members in it's ranks who have also served as members in the Armed Forces.

Fire Commissioner Julia Wilson stated "It was my honor to attend and witness the pride and respect shown to our military veterans by their fellow volunteers, Board of Fire Commissioners and Suffolk County Legislature. We can never do enough to show our thanks to those who serve their country, especially to this special group who continued their service to our country by volunteering with the Centereach Fire Department."

Chief Robert Corley also expressed his gratitude to these members of his Fire Department. "With our busy lives, it never ceases to amaze me that these members give their time to the Fire Department, but then to recognize that they also gave freely with their service to the United States is something that deserves our respect and honor."

The breakfast was not only attended by Veterans, but was also attended by family and members, wishing to show their gratitude for the service of these members in the Armed Forces. Suffolk County Legislature Leslie Kennedy, Suffolk County Comptroller John Kennedy and Councilman Kevin Lavalle were also in attendance at the event.



PROVIDED

- SUFFOLK COUNTY FIRE AND RESCUE EMERGENCY SERVICES

# Unusual incident for Bay Shore FD results in bird rescue

On May 20th, the Bay Shore FD responded to a report of a brush fire on a pole in Gilbert Park, on South Windsor in Brightwaters Village. Upon arrival of the 2nd Assistant Chief Jerry Rockett, a large Osprey nest was found on fire with the mother bird and her 4 baby birds.

Upon the arrival of Engine 311 & Ladder 317, the crew under the orders of Chief Rockfeld, started staging the rigs until the power could be secured by PSEG-LI. While awaiting the arrival of PSEG-LI, BSFD consulted with the Evelyn Alexander Wildlife Rescue Center on how to handle the trapped Ospreys. After a brief discussion with EAWRC, the members on scene jumped into action.

Firefighter K. Vogas and FF Brian Bull using Ladder 317, made a quick knock down of the fire using a dry chemical extinguisher and then proceeded to remove 4 baby Ospreys. Once removed, FF Fred Martin used the buckets to put the rest of the fire atop the pole. FF Vogas and Bull then returned the birds safely to their nest. The mother bird returned to her little family shortly thereafter. Coincidentally, one of the baby Osprey's did not survive the fire and was buried at Gilbert Park by members of the BSFD before returning to quarters.







COURTESY OF THOMAS JOHNSON & TOM RAYNOR



PROVIDED

- BAY SHORE FD

# Firefighters standby for Freeport Nautical Mile Festival

During the Freeport Nautical Mile Festival on Saturday, June 4th, 70 members of the Freeport FD were standing by in case any emergencies arose at various locations on the mile. This was required due to the difficulty in moving equipment around with the heavy pedestrian traffic. Mutual Aid for additional ambulance from Bellmore Merrick VAC and special units from Oyster Bay Fire Co., Atlantic Steamer Fire Co., and East Norwich FD with 6-wheel Gator's set up for EMS runs were also standing by in Freeport. The Freeport Dive Team Boat was on patrol in case there were any problems on the water. The Freeport FD Exempts were in attendance with "JUMBO" for residents to get an up close view at this antique. Chief of Department Kenneth Sutton was in command of operations with 1st Assistant Chief Matt Colgan manning the command post in the Nassau County Office of Emergency Management Field Comm unit. There were 5 emergency responses during the event on Woodcleft Ave.

The Chiefs Office would like to thank all members and our mutual aid units for a job well done.

- FREEPORT FD

## ACTION SHOTS FROM AROUND THE ISLAND

To see your action shots in the newspaper upload them to our website www.1stResponderNews.com, email them to LIreply@1stResponderNews.com or mail them to 1st Responder News, 1 Ardmore Street, New Windsor, NY 12553



Freeport Fire Department.



Huntington Manor Fire Department.

KRUKEPHOTOGRAPHY.COM



Baldwin Junior Fire Department participating in a drill with Hose Company 2.

PROVIDED



Port Washington Fire Department in the Memorial Day Parade.

PROVIDED



Columbia Engine Co. 1 responding to house fire.

PROVIDED