| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: ANNE Y. SHIELDS<br>            U.S. MAGISTRATE JUDGE | DATE: 10/11/2017<br>TIME: 2:00 PM<br>FTR: 2:20-2:26<br>3:10-3:11 |

CASE:  **CV 17-1758 (LDW) (AYS)** Monteleone v. Belsito Communications, Inc.

TYPE OF CONFERENCE: SETTLEMENT

APPEARANCES:   Plaintiff        Yekaterina Tsyvkin

                              Defendant     Henry R. Kaufman


**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐   Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒   Other: Case Settled. Parties will file a Stipulation of discontinuance by the end of the week.


                                                                SO ORDERED

                                                                /s/ Anne Y. Shields
                                                                ANNE Y. SHIELDS
                                                                United States Magistrate Judge